**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 97-40769
Summary Calendar
_____

RONALD T. CALDWELL,

Plaintiff-Appellant,

versus

ROY L. BRACKENS, ET AL,

Defendants,

ROY L. BRACKENS, Correctional Officer, Michael Unit; TIM R.
HUFFMAN, Correctional Officer, Michael Unit,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:96-CV-581)
_____

July 13, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

The appellant alleges that his injuries from an altercation with prison guards were more than de minimis and that

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

he has therefore stated a claim for unconstitutional use of excessive force.  We disagree.

A few bruises and 1-cm. scratch are not injuries of constitutional dimension.  <u>Siglar v. Hightower</u>, 112 F.3d 191 (5th Cir. 1997).  The magistrate judge correctly dismissed Caldwell's claim as frivolous pursuant to 28 U.S.C. § 1915.

**AFFIRMED.**